UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>　　　　　　　Petitioner,<br>　v.<br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00081-MMD-CBC<br><br>ORDER |

Before the Court is Petitioner's unopposed motion for extension of time (first request). (ECF No. 28.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 28) is granted. Petitioner will have up to and including December 30, 2019, to file a second amended petition.

DATED THIS 17th day of October 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE