UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time (second request). (ECF No. 32.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 32) is granted. Petitioner will have up to and including February 13, 2020, to file a second amended petition.

DATED THIS 9th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE