# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time (third request). (ECF No. 34.) The Court finds that good cause exists to grant the motion. It is therefore ordered that Petitioner's motion (ECF No. 34) is granted. Petitioner will have up to and including February 27, 2020, to file a second amended petition.

DATED THIS 14th day of February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE