UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (fourth request) (ECF No. 36). The Court finds that good cause exists to grant the motion. It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 36) is granted. Petitioner will have up to and including March 5, 2020, to file a second amended petition.

DATED THIS 28th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE