UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed a third amended petition (ECF No. 49), and with it an unopposed motion for extension of time in which to manually file an exhibit in support of that third amended petition (ECF No. 50). The Court finds good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time in which to manually file an exhibit in support of his third amended petition (ECF No. 50) is granted. Petitioner will have up to and including January 14, 2021, to manually file and serve an exhibit in support of the third amended petition.

DATED THIS 8th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE