UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>                        Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                       Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

This is a habeas corpus action filed under 28 U.S.C. § 2254. Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 56.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 56) is granted. Respondents will have up to and including May 7, 2021, to file a response to the third amended petition.

DATED THIS 9th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE