# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Respondents have filed an unopposed motion for enlargement of time (fourth request) to file their response to the operative petition. (ECF No. 62.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 62) is granted. Respondents will have up to and including July 12, 2021, to file a response to the third amended petition.

DATED THIS 29th Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE