UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>                Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

    This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed an unopposed motion for extension of time (second request). (ECF No. 79.) The Court finds good cause exists to grant Petitioner's motion.

    It is therefore ordered that Petitioner's unopposed motion for of time (ECF No. 79) is granted. Petitioner will have up to and including October 25, 2021, to file a response to the motion to dismiss (ECF No. 64).

    DATED THIS 1st Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE