UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>                    Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                    Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

      Both Respondents and Petitioner have filed motions to seal. (ECF Nos. 76, 83.) The exhibits in question are Petitioner's pre-sentence investigation report and Petitioner's prison medical record, both of which contain confidential information. The Court finds that compelling reasons exist to seal these exhibits. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The Court thus grants the motions.

      Respondents have also filed an unopposed motion for enlargement of time (first request). (ECF No. 86.) The Court finds that good cause exists to grant this motion.

      It is therefore ordered that Respondents' motion for leave to file exhibit under seal (ECF No. 76) is granted.

      It is further ordered that Petitioner's motion to seal (ECF No. 83) is granted.

      It is further ordered that Respondents' unopposed motion for enlargement of time (ECF No. 86) is granted. Respondents will have up to and including November 4, 2021, to file their reply in support of their motion to dismiss.

      DATED THIS 1st Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE