# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>    Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. Respondents have filed an unopposed motion for enlargement of time (second request). (ECF No. 88.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 88) is granted. Respondents will have up to and including November 8, 2021, to file a reply to the opposition to the motion to dismiss.

DATED THIS 5th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE