1

2

3                       UNITED STATES DISTRICT COURT

4                             DISTRICT OF NEVADA

5                                      ***

6    BRIAN CLAY COOK,                          Case No. 3:19-cv-00081-MMD-CLB

7                                Petitioner,              ORDER
          v.
8
     RENEE BAKER, *et al.*,
9
                              Respondents.
10

11        Good cause appearing, it is therefore ordered that Respondents' unopposed first

12   motion for enlargement of time (ECF No. 92) is granted. Respondents have until July 8,

13   2022 to file their answer to the petition for writ of habeas corpus.

14        DATED THIS 12th Day of May 2022.

15

16                                        _____

17                                        MIRANDA M. DU
                                          CHIEF UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28