# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

　　　Respondents seek an extension of time to file their answer to Petitioner's third amended petition for writ of habeas corpus. (ECF No. 94.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 94) is granted. Respondents have until August 22, 2022, to file their answer.

　　　DATED THIS 21st Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE