UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>              Petitioner,<br>    v.<br><br>JAMES DZURENDA, *et al*.,<br><br>              Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

      Respondents filed a third motion for an enlargement of time to file their answer to the third amended petition for writ of habeas corpus. (ECF No. 96 ("Motion")). The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' Motion.

      It is therefore ordered that Respondents' third unopposed motion for extension of time (ECF No. 96) is granted. Respondents have until September 21, 2022, to file their answer.

      DATED THIS 23rd Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE