UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Respondents. | |

Respondents filed a fourth unopposed motion for an enlargement of time to file their Answer to the third amended petition for writ of habeas corpus. (ECF No. 98 ("Motion")). The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' Motion.

It is therefore ordered that Respondents' fourth unopposed motion for extension of time (ECF No. 98) is granted. Respondents have until October 12, 2022, to file their Answer.

DATED THIS 22nd Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE