UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK, <br><br> Petitioner, <br><br> v. <br><br> JAMES DZURENDA, *et al.*, <br><br> Respondents. | Case No. 3:19-cv-00081-MMD-CLB <br><br> ORDER |

Respondents filed three motions for enlargement of time to file an answer to the third amended petition for writ of habeas corpus. (ECF Nos. 100, 101, 102 ("Motions").) Petitioner filed no oppositions to the Motions. Respondents filed an answer to the third amended petition on October 25, 2022. (ECF No. 103.) The Court finds the requests for extensions of time to file an answer were made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' Motions.

It is therefore ordered that Respondents' motions for extension of time (ECF Nos. 100, 101, 102) are granted *nunc pro tunc* and Respondents' answer to the third amended petition (ECF No. 103) is timely filed.

DATED THIS 14th Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE