# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Petitioner's first unopposed motion for extension of time to file a reply in support of the third amended petition (ECF No. 105) is granted. Petitioner has until February 27, 2023, to file a reply in support of the third amended petition.

DATED THIS 29th Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE