UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAY COOK,<br><br>       Petitioner,<br> v.<br><br>JAMES DZURENDA, *et al.*,<br><br>       Respondents. | Case No. 3:19-cv-00081-MMD-CLB<br><br>ORDER |

  Petitioner Brian Clay Cook seeks an extension of time to file his reply in support of his third amended petition for writ of habeas corpus. (ECF No. 108.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

  It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 108) is granted. Petitioner has until April 28, 2023, to file his reply.

  DATED THIS 1st Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE