# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CLAY COOK, | Case No. 3:19-cv-00081-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply in support of his third amended petition for writ of habeas corpus. (ECF No. 112.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed fourth motion for enlargement of time (ECF No. 112) is granted. Petitioner has until July 27, 2023, to file his reply.

DATED THIS 6th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE